STATE v. GALLOP

No. 375P99

Case below: 134 N.C. 186

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.

STATE v. GRAHAM

No. 437P99

Case below: 134 N.C. 731

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 4 November 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 November 1999.

STATE v. GREEN

No. 385A84-6

No. 385A84-7

Case below: Pitt and Wake County Superior Court

Motion by defendant for stay of execution denied 20 September 1999. Petition by defendant for writ of certiorari to review the order of the Superior Court, Pitt County denied 20 September 1999. Petition by Attorney General for writ of prohibition prohibiting Judge Gregory Weeks from holding a scheduled hearing in Superior Court, Wake County, allowed 23 September 1999. Petition by Attorney General for writ of supersedeas dismissed as moot 23 September 1999. Petition by Attorney General writ of certiorari to review the order of the Superior Court, Pitt County, dismissed as moot 23 September 1999. Motion by Attorney General to lift stay allowed 23 September 1999.